IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ASHLEY SALTER, et al                                                                          PLAINTIFFS

Vs.                                        NO. 4:10-cv-00906 JLH

ONYX CORPORATION                                                                          DEFENDANT

ORDER RE PLAINTIFFS' ATTENDANCE AT SETTLEMENT CONFERENCE

I have received Drake Mann's letter dated December 28, 2010, a copy of which was sent to Defendant's counsel. The letter states that only three of the individual Plaintiffs (which includes the lead Plaintiff) will be able to attend the settlement conference set for January 7, 2011. The letter further requests that the conference go forward as scheduled, setting forth reasons why Plaintiffs' counsel feels the conference would be effective despite this. I have contacted Donna Galchus, counsel for Defendant, who agrees the settlement conference should proceed on January 7, 2011.

I find that the letter shows the conference can be productive despite the absence of three Plaintiffs, and grant counsel's request. The settlement conference will remain scheduled for January 7, 2011, with the provisions for telephone availability or waiver as set forth in Mr. Mann's letter. All requirements of the original scheduling order, except for attendance by all Plaintiffs, remain in effect.

By agreement, the conference will also include the claim by the potential Plaintiff mentioned in Mr. Mann's letter.

IT IS SO ORDERED this 29th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE