IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ASHLEY SALTER, et al					PLAINTIFFS

Vs.			NO. 4:10-cv-00906 JLH

ONYX CORPORATION					DEFENDANT

## ORDER

This case is set for a settlement conference **Friday, January 7, 2011**, **at 9:30 a.m.**, in Room 1B, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas, before Magistrate Judge Jerry W. Cavaneau.

**Under General Order No. 54, Dylan Potts, Drake Mann, Donna Galchus, Marsha Martin and Sheila Johnson are authorized to bring electronic devices to the courthouse for this proceeding. Each authorized party is required to be familiar with the restrictions contained in General Order No. 54, which can be accessed on the Court's website. Each will be required to present a copy of this order upon entry into the building to verify this authorization.**

IT IS SO ORDERED this 6th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE