**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| ASHLEY SALTER, DEBRAH MITCHELL, AMANDA BARNETT, SECILLIA RUSSELL, COURTNEY COLEMAN, and ELIZABETH ANN JUNDT, individually and on behalf of all persons similarly situated | PLAINTIFFS |
| v.  No. 4:10CV00906 JLH | |
| ONYX CORPORATION, d/b/a ONYX LABORATORIES, LTD. | DEFENDANT |

### ORDER

For the reasons stated on the record at the hearing on March 4, 2011, plaintiffs' motion to compel defendant's response to plaintiffs' Request for Production No. 20 is granted in part. The Court orders the defendant to produce copies of any company email between any plaintiff and any manager of Onyx, any plaintiff and a supervisor of Onyx, any plaintiff and the owner of Onyx, and any plaintiff and an officer of Onyx for a period of one year. Counsel for the parties will consult and jointly select a year the emails of which will be produced. The defendant must produce those emails within thirty days from the entry of this Order. After production of one year of emails, counsel will consult to ascertain whether email from two more years will be produced and, if so, whether the burden of production is proportionate to the evidentiary values of the email and the amount in controversy in this case. If the parties disagree at that stage, they should notify the Court and arrange for a hearing at which the dispute will be considered.

The motion to compel is therefore granted in part. Document #23.

IT IS SO ORDERED this 4th day of March, 2011.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE