**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ASHLEY SALTER, DEBRAH MITCHELL,           PLAINTIFFS
AMANDA BARNETT, SECILLIA RUSSELL,
COURTNEY COLEMAN, and ELIZABETH
ANN JUNDT, individually and on behalf of all
persons similarly situated

v.                          No. 4:10CV00906 JLH

ONYX CORPORATION, d/b/a
ONYX LABORATORIES, LTD.                         DEFENDANT

## ORDER

The parties have filed a joint motion to dismiss and have attached settlement agreements between each of the plaintiffs and the defendant. The terms of the settlements are fair, reasonable, and adequate. Each of the settlement agreements is approved. The joint motion to dismiss is GRANTED. Document #62. This action is hereby dismissed with prejudice. The Court retains jurisdiction for 30 days to enforce the terms of the settlement agreements if necessary.

IT IS SO ORDERED this 11th day of June, 2012.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE